COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-17-00464-CR |
| Style: | Edward Guerra v. The State of Texas |
| Date motion filed*: | February 2, 2018 |
| Type of motion: | Letter-Request for Confirmation of Pro Se Anders Brief Response |
| Party filing motion: | Pro Se Appellant Edward Guerra |
| Document to be filed: | N/A |

Ordered that motion is:

☐ Granted
☐ Denied
☑ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)
☑ Other: _____

 Because the Clerk of this Court's February 6, 2018 notice to the pro se appellant
 confirmed that this Court filed his pro se response to the *Anders* brief on February 5,
 2018, appellant's letter-request is **dismissed as moot**.

Judge's signature: /s/ Evelyn V. Keyes
 ☑ Acting individually     ☐ Acting for the Court

Date: February 13, 2018

November 7, 2008 Revision